Jarrett D. HOLDEN, Petitioner–
Appellant,

v.

Harold CLARKE, Director of VA.
D.O.C., Respondent–Appellee.

No. 13–7629.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 7, 2014.

Decided: Feb. 20, 2014.

Jarrett D. Holden, Appellant Pro Se.

Before NIEMEYER, DUNCAN, and
WYNN, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Jarrett D. Holden seeks to appeal the
district court's order denying relief on his
28 U.S.C. § 2254 (2012) petition. The or-
der is not appealable unless a circuit jus-
tice or judge issues a certificate of appeal-
ability. 28 U.S.C. § 2253(c)(1)(A) (2012).
A certificate of appealability will not issue
absent "a substantial showing of the denial
of a constitutional right." 28 U.S.C.
§ 2253(c)(2) (2012). When the district
court denies relief on the merits, a prison-
er satisfies this standard by demonstrating
that reasonable jurists would find that the
district court's assessment of the constitu-
tional claims is debatable or wrong. *Slack
v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct.

1595, 146 L.Ed.2d 542 (2000); *see Miller–
El v. Cockrell*, 537 U.S. 322, 336–38, 123
S.Ct. 1029, 154 L.Ed.2d 931 (2003). When
the district court denies relief on procedur-
al grounds, the prisoner must demonstrate
both that the dispositive procedural ruling
is debatable, and that the petition states a
debatable claim of the denial of a constitu-
tional right. *Slack*, 529 U.S. at 484–85,
120 S.Ct. 1595.

We have independently reviewed the
record and conclude that Holden has not
made the requisite showing. Accordingly,
we deny a certificate of appealability, deny
leave to proceed in forma pauperis, and
dismiss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before this court and argument
would not aid the decisional process.

*DISMISSED.*